The Honorable Marc Barreca
Chapter 13
Hearing Date and Time: January 13, 2011 at 9:30 am
Hearing Location: US Courthouse, Seattle
**Response Due Date: January 6, 2011**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

TIMOTHY DREUX WHITE,

Debtor(s).

Case No. 08-17636-MLB

Chapter: 13

ORDER APPROVING LOAN MODIFICATION OF OCWEN LOAN SERVICING, LLC

THIS MATTER came before the court on the Debtor's Motion to Approve Loan Modification of Residential Mortgage (hereinafter the "Motion"). Based upon the Declaration of Counsel, the records on file and the representations made to the Court,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The loan on the property located at 12005 59th Avenue South Seattle, WA 98178 with Ocwen Loan Servicing, LLC is hereby modified as follows:

Principal loan amount is $344,209.21

Loan Modification starting as of December 1, 2010:

Months: 311

Interest: 3.0% until 11/1/2015, 4.0% until 11/1/2016 and 4.626% for the remaining term of the loan.

Principal and Interest $1,590.18 until 11/1/2015, $1,744.16 until 11/1/2016, and $1,840.39 for the remaining term of the loan.

ORDED APPROVING LOAN MODIFICATION - 1

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE., SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 324-6677

The loan will mature on November 1, 2036, and the Debtor is to pay the full amount remaining balance due on the maturity date.

Debtor did have substantial pre-petition arrearages owing together with late fees and other advances (costs, fees), and these obligations are being rolled into the loan balance and the loan is deemed contractually current.

DATED this ___ day of January, 2010.

Marc Barreca
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

SEATTLE DEBT LAW, LLC

*/s/ Christina Latta Henry*
Christina Latta Henry, WSBA# 31273
Attorney for Debtor

ORDED APPROVING LOAN MODIFICATION - 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE., SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 324-6677

# CERTIFICATE OF NOTICE

```
District/off: 0981-2          User: sandrai          Page 1 of 1          Date Rcvd: Jan 14, 2011
Case: 08-17636                Form ID: pdfltd        Total Noticed: 2
```

The following entities were noticed by first class mail on Jan 16, 2011.
```
db          +Timothy Dreux White,   12005 59th Ave S.,   Seattle, WA 98178-3518
sr          +Ocwen Loan Servicing LLC,   c/o McCarthy & Holthus, LLP,   600 Winslow Way East #234,
             Bainbridge Island, WA 98110-2438
```
The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Boeing Employees Credit Union
cr           Ocwen Loan Servicing LLC
sr         ##+Ocwen Loan Servicing LLC,   McCarthy & Holthus, LLP,   c/o Angela Michael,
             600 Winslow Way East #234,   Bainbridge Island, WA 98110-2438
                                                                          TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 16, 2011**                    **Signature:**      _/s/ Joseph Speetjens_